IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY COLLINS                                                                                         PLAINTIFF

v.                                         Civil No. 4:16-CV-04103-SOH-BAB

CORRECT CARE SOLUTIONS, *et. al.*                                                  DEFENDANTS

## ORDER

Plaintiff, Larry Collins, submitted this *pro se* action for filing on October 27, 2016. ECF No. 1. Currently before the Court is Plaintiff's Addendum.

In the Order directing Plaintiff to complete an Addendum, Plaintiff was informed that Arkansas Community Correction (ACC) was not a suable entity. Plaintiff was asked if he wished to name an individual or individuals at ACC instead. Plaintiff named Warden Steven Arnold at ACC. Warden Steven Arnold has been added as a Defendant in this case.

The Clerk is therefore DIRECTED to terminate ACC as a Defendant in this case pursuant to Plaintiff's Addendum.

IT IS SO ORDERED this 22nd day of December 2016.

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE