IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY COLLINS                                                                                     PLAINTIFF

V.                                    CASE NO. 4:16-CV-04103

CORRECT CARE SOLUTIONS, *et al*.                                              DEFENDANTS

## ORDER

  Before the Court is the Report and Recommendation filed June 26, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 26. Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice on the grounds that Plaintiff has failed to comply with the Federal Rules of Civil Procedure and Local Rules, has failed to comply with the Court's Orders, and has failed to prosecute this matter. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

  **IT IS SO ORDERED**, this 2nd day of August, 2017.

                   /s/ Susan O. Hickey
                   Susan O. Hickey
                   United States District Judge